UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) | |
| CHRISTINE RICHARD 1:18-cv-03620-RLY-TAB RUTH WETHERILL 1:19-cv-04725-RLY-TAB JOANN KAUFFMAN 1:21-cv-01125-RLY-TAB ANGELA GARCIA 1:19-cv-04049-RLY-TAB | ) ) ) ) ) ) ) ) ) | |

**ORDER DISMISSING CASES**

On June 26, 2024, Plaintiffs' counsel filed notices of suggestion of death of the

Plaintiffs listed above. Pursuant to Rule 25(a)(1), a party has 90 days from the date the

court is notified of a party's death to file a motion to substitute the proper party. "If the

motion is not made within 90 days after service of a statement noting the death, the action

by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to

substitute has not been filed in any of the cases listed above. Accordingly, those cases

are **DISMISSED**.

**SO ORDERED** this 23rd day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1